# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

*FILED*
*US DISTRICT COURT*
*DISTRICT OF COLORADO*

*2020 NOV 23  PM 2:44*

*JEFFREY P. COLWELL*
*CLERK*

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

 Leslie Shannon _____ , Plaintiff

v.

 Cherry Creek School District _____ ,

Darla Thompson, Former Principal Highline Elementary _____ ,

Superintendent Scott Siegfried _____ ,

Kevin Watanabe, Former Assistant Principal Highline Elementary,

Cherry Creek School District Board of Education _____ ,

 Ty Valentine,  Director of Human Resources _____ , Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Leslie Shannon      7927 S Kittredge St,    Englewood   CO   80112
   (Name and complete mailing address)

  (585) 410-4580          leslieshannon@hotmail.com
   (Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: Cherry Creek School District 4700 S Yosemite St, Greenwood Villege CO 80111

              (name and complete mailing address)

              (720) 554-4262

              (Telephone number and e-mail address if known)

Defendant 2:    Darla Thompson   ISF, 5416 S Riviera Way Centennial CO 80015
              (Name and complete mailing address)

               (720) 554-5022  dthompson40@cherrycreekschools.org
              (Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
        (employment discrimination on the basis of race, color, religion, sex, or national origin)

____   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment
        discrimination on the basis of a disability)

____   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
        (employment discrimination on the basis of age)

__X__   Other: *(please specify)*  28 U.S.C. Sect 1367A ;  42 U.S.C. Sect 1981

2

B. DEFENDANT(S) INFORMATION."

Defendant 3:  Dr. Scott Siegfried  4700 S Yosemite St. Greenwood Village CO 80111
(Name and complete mailing address)

(720) 554-4262   superintendent@cherrycreekschools.org
(Telephone number and e-mail address if known)

Defendant 4:  Kevin Watanabe  Dry Creek Elem 7686 E Hinsdale Ave Centennial CO 80112
(Name and complete mailing address)

(720) 554-3300    kwatanabe@cherrycreekschools.org
(Telephone number and e-mail address if known)

Defendant 5:  CCSD Board of Education  4700 S Yosemite St. Greenwood Village CO 80111
(Name and complete mailing address)

ccsdboard@cherrycreekschools.org
(Telephone number and e-mail address if known)

Defendant 6:  Ty Valentine, HR   4700 S Yosemite St. Greenwood Village CO 80111
(Name and complete mailing address)

(720) 554-4413  tvalentine@cherrycreekschools.org
(Telephone number and e-mail address if known)

3

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Race Discrimination _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                         __X__ different terms and conditions of employment

____ failure to promote                 ____ failure to accommodate disability

__X__ termination of employment   ____ retaliation

__X__ other: created a hostile work environment

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

__X__ race              ____ religion          ____ national origin          ____ age

____ color              ____ sex                ____ disability

Supporting facts: Title 7 Civil Rights Act of 1964 and 42 U.S.C. Sect 1981

1.  I am a 57 year old African American/ Indigenous woman. I have a **double** master's

    degree in elementary and special education. My 20 years of experience has always been

    in Title 1 Schools where the Black and Hispanic population is the majority and the

    academic performance is low.

2.  I chose to work at these schools to be a positive role model and to be an educator that

    reflects the student population. I didn't have that when I was in school and it wasn't any

    better for my children.                                                      (see attached)

4

D. STATEMENT OF CLAIMS

Claim One:  Race Discrimination

Supporting Facts (cont):

3.  My passion and dedication to working with students spoke volumes from day one. Being
    an educator isn't what I do, it is WHO I am. Teaching isn't just a job to me; it is a
    commitment to educating and raising the expectations for students with low academic
    performance and following through on those expectations.

4.  My ability to develop relationships and communicate with all students is unique and a
    positive asset. I teach with a firm hand, respect and a loving heart. Students always know
    what to expect when they come to my classroom. The things that they would get away
    with in other classrooms were not tolerated in my classroom and never has a student
    refused to come to my room or have a parent complain about my classroom management
    technique.

5.  I have never been reprimanded, charged with any formal/informal complaints, non-
    renewed or dismissed from any position as an educator until my 3rd year at Highline
    Elementary, CCSD: 20 years into a successful and impeccable career.

6.  I have always had satisfactory evaluations, received positive recommendations from
    coworkers, parents and students and departed from schools on good terms. I have always
    put the needs of the students first which resulted in higher academic performance.

7.  I have taught in Buffalo Public School District and Enterprise Charter School in Buffalo
    NY; Palm Beach County School District in Florida; Denver Public School District and
    Cherry Creek School District in Colorado.

8.  I relocated to Colorado from Florida to be closer to my daughter and my grandchildren. After a successful year as a kindergarten teacher at Omar D Blair, DPS 2015-2016 school year, I sought employment at **Highline Elementary, CCSD** as a STEM teacher for the 2016-2017 school year.

9.  Having taught STEM previously for 2 years in Florida I was qualified for the position. I had the experience of starting a STEM program from the ground and CCSD provided **no** curriculum.  Everything I did would be based on **my** prior knowledge and ability to design and create a STEM program for k-5 students as well as ELL (English Language Learners) and ILC (Independent Learning Classroom) students.

10. My first uneasy indication came during the interview, where the wording of the questions revolved around Black and Brown students. I have never been in an interview where students were segregated and it took me by surprise. I actually became emotional when asked about how I felt about the academic gap between Black and Brown students.

11. I asked about the demographics of the staff and was surprised when the school's **principal, Darla Thompson** identified herself as Hispanic. During my 3rd year she would explain in a staff meeting how she has, for most of her life "passed for White" with little to no connection to her culture.

12. Having grown up in the 60's, it didn't take me but a second to recognize this during the interview. If hired, I would become one of three Black classroom teachers at Highline Elementary.

13. Leaving the interview I wrestled with the thoughts of not going back if offered the job and being there to support the Black and Hispanic students.

14. I chose to take the position when it was offered to me, in order to introduce the students to STEM and highly sought after engineering jobs, to truly work at closing the academic gap as I have done in the past and to be a teacher that represented the majority of the student population. This was in spite of being insulted by being placed on probation for 3 years with 17 years of teaching experience and not having my second masters being recognized regarding the salary scale.

15. Principal Darla Thompson asked me to assist 3 other teachers for the "Kindergarten Jumpstart Camp" for 2 weeks prior to the start of school because I had just left a kinder position. It was a successful camp and relationships had been built and established with students that I would follow until 2nd grade.

16. Another uneasy indication came on the first day teachers reported during the work week. The meeting was in the gym and the discussion was about school rules. I leaned over and asked one of the teachers next to me, who just so happened to be White, "what is the policy on the students wearing hoods"? Her response was "it's their culture so it's allowed" and I believe my response set the opinion with my coworkers. I simply said, "Whose culture..." Typical stereotyped response of the Black culture defined by White people.

17. There are many incidences similar to this one but the most prevalent one happened during the 2019-2020 school year when a White teacher form Overland HS was suspended because he **would not** let two Black students use the "N" word because the district deemed it as a **term of endearment amongst Black students** ... Again typical stereotyped response of the Black culture defined by White people of such a degrading and demeaning word.

18. CCSD prides itself on "equity work" that is called Culturally Responsive Education (CRE). This is promoted and controlled by Pacifica Education Group (PEG)(a consultant group that CCSD has contracted with to assist with equity work) and backed by CCSD's Office of Inclusive Excellence. This was presented during mandatory professional development, under the pretense of teaching equity and diversity, which proved to be nothing more than systemic racism, negative stereotyping, racially charged and offensive, resulting in creating a hostile and segregated work environment.

19. CRE is a combination of 6 themes: Engagement, Rigor, Relationships, Assets, Vulnerability and Cultural Identity.

20. PEG is a consultant group that promotes White privilege and focuses on the typical **negative** stereotypes of Black people to supposedly assist educators in understanding cultural differences. Black people are portrayed as victims, perceived as angry, argumentative and loud, we speak emotionally as opposed to White people who speak intelligently and how we are underperformance and not task oriented. This is how I was viewed by my coworkers.

21. CSSD allowed PEG to victimize the Black population but claim to promote equity. The expectation is for everyone to believe what's being taught and not disagree. This is evident in the comment from Darla Thompson in staff meetings…"if you are not committed to the equity work here at Highline, than Highline is not the school for you".

22. In my 17 years of teaching prior to coming to CCSD, as a Black teacher, I have never been mandatorily subjected to such demeaning and demoralizing professional development meetings. If it wasn't for my passion and desire to educate and empower **students** at Title 1 schools, I would not have stayed at Highline after my first year. The

8

relationships built and impact that I had on the **students** was reflected in **their** acceptance of me, my classroom values, goals and expectations.

23. My **first year** at Highline, it was mandatory to attend a PEG required professional development called "Beyond Diversity", highly supported by CCSD. This was my first experience with PEG's technique and I found it to be **disturbing** and raised a lot of emotions within myself. It focused on White Privilege and the affect it has on the Black population. By the end of the meeting, I saw no purpose in it and felt emotionally drained. How was this helping to understand the equity in the Black population of students, families and educators when all it did was make us victims of systemic racism?

24. Being 54 years old (at the time) I had already figured out how to deal with White Privilege. I had **many** years of life experiences surrounding White Privilege and its negative impact it had on me. Yet I persevered, earned a double masters degree and became a successful educator.

25. The one exercise that offended me the most was where we had to rate experiences; a few examples: "how hard is it for you to find hair care products", "do you ever feel like you are being followed around while you are shopping" and "have you ever had to talk to your child about encounters with the police". After you rated a series of questions and added them up, we all stood around the room under numbers that ranged from 1-140. The approximately 20 Black educators in the room were all under the numbers 1-30 (meaning we had experienced MOST of the negative things listed) and the rest of the room, approximately 75 White educators were lined up under the numbers 80-140. We were the victims for the entire room to see.

26. The exercise went on to discuss "busing" from Black neighborhoods to White schools and the transitions Black kids had to make from the White culture and their Black culture and the deficits lacking between the two. I was one of those kids, many years ago.

27. What was the purpose…I could feel the looks of pity. My story was my story, not for everyone to hear...more pity. What did **any of that** have to do with the responsibilities as an educator and how did it make White educators understand the Black culture without pity? Somehow that constituted equity!

28. I have never been to any type of professional development workshop like that before. **Every** educator at Highline had attended this workshop, so a sense of pity ran through the school.

29. Two other big "equity" terms were "seeing things through another person's lens" and "courageous conversations". This meant that during courageous conversations, you step away from your beliefs and openly try to see things from another person's perspective.

30. How could this happen when during my first year very few coworkers tried to get to know me. I was unapproachable because I was the angry Black woman that they all learned about in the Beyond Diversity **equity** training. I was the oldest of the 3 Black teachers, I am not from Colorado and my background is not the same as the other 2 teachers. I was definitely different.

31. During one of my classroom observation meetings with Darla Thompson, she stated that she had been approached by **several** teachers that had concerns about what was going on in my classroom. She had **actual** but only" half" quotes of things that I had said in my room. She had condoned teachers standing outside my door listening and reporting to **her** what they half heard.

32. One quote was "why do you have 5 pencils, you only need one"…I was asked why I was denying the student the right to have 5 pencils (the schools sense of pity). I told Darla Thompson if that teacher had stuck around for another few minutes they would have heard me continue to say, "Because you are not wolverine so put the rest of them away".

33. I told her no one approached me personally with any concerns and she said she would encourage these people to speak with me first.  Not once in the 3 years at Highline has anyone sat down with me for a courageous conversation.

34. I asked Darla Thompson if any of the students or parents had complained and if I should be looking for another position elsewhere and she replied no to both questions.

35. My tone of voice and voice level was too high for most of the teachers; they assumed I was yelling at the students. Darla Thompson made a comment about how they get enough of that at home and school should be different for them, so much for seeing things through my lens. I was expected to speak soft and cuddly like everyone else.

36. As the principal, Darla Thompson sets the tone of the school. How staff perceived her actions (allowing other staff to evaluate my actions and running to her) caused **alienation and the start of a hostile work environment.**

37. In spite of the opinions of the staff  or Darla Thompson, that knew nothing about STEM, the students were very responsive. I captured the interest of even the most difficult students and they stayed in my room.

38. I had the **entire** student body participate in the cardboard challenge and students voted on which projects would be submitted to the district wide competition. Parents came to support their students and students spoke clearly with the judges. They were so proud!

39. Darla Thompson did not come to support the students or myself. There was no recognition of any kind from her and most of the staff. There were a few that gave positive feedback which was nice.

40. My first year, I shared very little with anyone. Although Darla Thompson claimed to have an open door policy, I quickly learned differently. Her approach as a supervisor was an "all or nothing" approach and her alienation towards me was obvious.

41. I was renewed for a **second year** with a satisfactory evaluation. My classroom curriculum continued to challenge the students and became more student-led. My goal was to increase their level of interdependence (working in groups, depending on each other) as well as independently.

42. The Assistant Principal, Michelle Colten became my evaluator that year. The environment continued to be hostile.

43. Support for things I would do was nonexistent and an example of this was the Balloon Launch. Again, I had the entire student body participating (other STEM teachers only did 5th grade) and it was something Darla Thompson wanted the students to do. I went to the training and made it happen.

44. I spent 4 weeks on the balloon launch so every student would know why we were out there. The week of the balloon launch I sent out a memo to the classroom teachers letting them know in advance that the day before the launch, the 5th graders were going to come in during the last 10 minutes of the last class and pass out fliers and do some cheers they made up to rally the students and boost the excitement. When the students appeared at the classrooms a majority of the teachers turned them away because "they were still

teaching". The 5[th] graders were disappointed but joined the students where teachers allowed them in their rooms.

45. The day of the balloon launch, the parent support was amazing!! Darla Thompson, again, was not present to show support of the students or myself. It was our first launch so we experienced technical difficulties and you could see teachers getting frustrated even though I had 5th graders asking every class questions and chanting our blast off tune to keep them occupied.

46. In spite of the glitches, the balloon launch was a success and an amazing experience for the students. Darla Thompson offered no recognition which again set the tone for the staff. There were a few that gave positive feedback and it was appreciated.

47. I did have the support of about 4 teachers that I could confide in and one in particular that I could have true courageous conversations with.

48. I didn't have that in the staff meetings. I would sit only with the specials team (art, music, PE and STEM), where I was the most comfortable and the most accepted. This is where the environment was the most hostile.

49. Although part of the CRE professional development trainings encouraged you to speak your truth and be vulnerable, I found out quickly just who I could and could not do that with. So when I was not with the specials team, I was reserved with my responses/input and made to feel invisible in "other" groups.

50. Although this was mentioned as an observation by Michelle Colten, AP during my mid-year evaluation, I couldn't take the risk of saying anything for fear of being non-renewed. So for a second year, I endured a hostile work environment and racially charged meetings surrounding negative stereotypes of Black students. I thought of leaving Highline but the

rewards from the students outweighed the negative actions created by PEG and its highly praised equity work.

51. I was renewed for a third year with a satisfactory evaluation.

52. At the beginning of my **third year** the new Assistant Principal, Kevin Watanabe was my evaluator.

53. The only thing different between my first and second year was (1) PEG's introduction to our new equity work that focused solely on White Privilege (2) I allowed myself to have a confidential courageous conversation with Kevin Watanabe.

54. The introduction of PEG's focus on "White Privilege" (supported by CCSD) supported the theory that see's the Black population as victims. If being White was a privilege what does that make every other race? How is that teaching equality? How is this not encouraging segregation and an even more hostile work environment?

55. The CCSD **willfully** targeted the Black population within the district.

56. At the beginning of the school year, Darla Thompson and 5 other staff members (4 White and 1 Hispanic) attended a convention for this equity work. She did not include any of the 3 Black staff members to attend, with one being on the guided coalition committee. When they returned, our staff meetings started with each of them telling their stories of being privileged and Darla spoke on how she spent her life passing as White and having little connection to her culture.

57. Even though everyone was encouraged to speak their truth, you were expected to conform. There was no room for **my** cultural differences because it didn't fit the profile of PEG's definition of Black culture. I wasn't going to conform, I wasn't a victim, I wasn't going to allow people to treat me like a victim and taught my students how to not

14

be victims. This was a shock to what PEG and CCSD had led educators to believe in the presentation of equity work.

58. Such courageous conversations that we were encouraged to have fall under a protective category (CRE: vulnerability) yet they can have negative consequences based on what you say and who you say it to. My right to question and speak my truth **proved to be the demise of my career** as an educator, in spite of the focus on "White Privilege" having no immediate connection to my work performance and its effect on my relationships with the students who are predominantly Black and Hispanic.

59. This is evident in my speaking out against discussions surrounding "White Privilege". The staff was encouraged to refer to themselves as a privileged White woman/man. So that indicated every other race is underprivileged and viewed as victims, which included me.

60. This created an even more hostile work environment and the loss of respect from my coworkers. Once those discussions began during my final year of probation, teachers felt empowered in their privilege and started telling me what I should and should not be doing in my classroom.

61. A lot of my resources that I used during my first two years such as connecting The Magic School Bus" and student created drawings related to the material presented suddenly became a problem with teachers. Teachers referred to them as coloring sheets and to many videos. They never took the time to look at them.

62. No one ever asked me what the connection was with anything I was doing in my classroom which was never a concern in the previous 2 years.

63. I was informed of this by Kevin Watanabe, AP during my mid-year review, even though I was satisfactory at the time.

64. I had the second balloon launch in September 2018. I did **exactly** the same things from the previous year including the 5th grade balloon launch team. A member from the District came to help with the prelaunch set-up. All launches were on Thursdays, so I met with the students after school on Wednesday. This just happened to be our professional development day and the first day of introduction of "White Privilege".

65. The **only 5th grade teacher** (Mexican the other 3 were White) that offered to help again this year and I went to see Darla Thompson to see if he could be excused from the meeting. She became defensive asking me why was I going to miss the meeting. I explained that the launch team was meeting to do the set up for the next day. I told her that it's the way we did it last year. She acted as though she didn't even know we were having the launch. She told me I should have had the students come back after 4p for an hour. I told her that for most of them that would not be an option.

66. Darla Thompson asked me why I was being argumentative and angry. These are common negative stereotypes of Black women.

67. After all that, I was excused from the meeting. We had the balloon launch the next day with another great parent support turn out. Darla Thompson did not attend.

68. There was a lack of equitable treatment and recognition from Darla Thompson surrounding the 6 themes such as relationships, vulnerability, cultural identity and asset-focused factors. This is evident by her few interactions and lack of ability to communicate with me as a qualified professional. She viewed my right to be an

individual with my own cultural identity, vulnerability and asset-focused factors as being argumentative and angry which is a projection of typical stereotypes of Black women.

69. The staff was encouraged to read the book titled "White Fragility" which has serious negative reviews on its portrayal of Black people. I am viewed as being argumentative, angry and loud according to this book. How is this upholding my dignity, equality, respect and fair treatment in comparison to my White co-workers?

70. The courageous conversations that we are encouraged to have fall under a protective category but Darla Thompson took adverse action against me.

71. This is evident by the **entrapment** that took place in December 2018 during my summative with Assistant Principal **Kevin Watanabe**. I was told that my work performance was satisfactory and asked if there was anything else to discuss regarding how I was doing. This was a **courageous conversation in confidentiality** and for the first time in almost 3 years at Highline I confided in Kevin. A decision I would later regret.

72. The situation regarding Darla Thompson in September (paragraphs 64-67) was discussed and Kevin suggested I speak to her about it. **I told him** that this was my last year of probation and for fear of retaliation, that wasn't an option. I told him I would be non-renewed. I did not confide in Kevin to have him speak to Darla Thompson on my behalf. I did not find out that Kevin **breached** the confidentiality until April 2019.

73. In February I again shared with Kevin how offended I was regarding the Black History musical concert that was old Negro slavery spiritual songs. This triggered a courageous conversation with the music teacher and one of the other Black teachers. At the staff

meeting the music teacher apologized for offending anyone and a white male teacher stood up and said that there was no need to apologize because **no one** was offended.

74. Neither Darla Thompson nor Kevin Watanabe acknowledged that the concert was offensive.

75. I had no knowledge of any problems that would be detrimental to the renewal of my contract until April 5, 2019 (2018-2019 school year). I was informed by Darla Thompson that my contract would be non renewed (end of my 3rd year of probation) in accordance to policy 4173 "other" … complete freedom and latitude in securing the best possible teachers for Cherry Creek Schools.

76. During that meeting, Darla Thompson did not identify any "specific" reasons as to why I was not considered to be one of the best possible teachers for Highline Elementary in spite of being there for 3 years. However, she did state that the non-renewal **was not** based on my work performance.

77. In my 3rd year, I engaged the students in the balloon launch, specials night x2, coordinated a rotation schedule for a 2nd grade event and organized a STEM Night event with the assistance of District Staff, always putting the needs of the students first. How does that not make me one of the best possible teachers for the students?

78. Based on the above incidences including breach of confidentiality, I was wrongfully terminated as a result of retaliation and race. Darla Thompson's actions were condoned and approved by **CCSD HR, Superintendent Siegfried and the Board of Education** based solely on her recommendation and without merit.

79. On April 10,2019 I filed a charge against CCSD for wrongful termination.

80. Ironically my final evaluation was unsatisfactory following my complaint that was filed with EEOC and my in-house grievances against Darla Thompson and Superintendent Siegfried.

81. Policy #4173 is unfair, bias, personal and subjective .If it was not based on my work performance than it is personal as I had been successfully renewed for 3 years and had never been addressed by Darla Thompson of any **major** issues or **serious** infractions with my performance at Highline.

82. Student's needs are not taken into consideration with the hiring and firing of teachers without merit based on this policy. The relationships that I had built with the students and families are not valued and this is the total opposite of all the CRE work that CCSD prides itself on.

83. In accordance to the Cherry Creek School District website, "qualified teachers of color are highly sought out and needed to ensure diversity in the workplace".

84. As being a part of that protective category and **highly qualified** for my job, at the hands of Darla Thompson, supported by the Superintendent and the Board of Education, with no merit, I suffered adverse actions because of Race, resulting in the non-renewal of my contract.

85. In May 2019, the resignation of the CCSD Board of Education's president was accepted for making racially derogatory remarks at the Teachers Awards Banquet.

86. Students are denied the right to be taught and inspired by educators that reflects the student population and the wrongful termination of my contract based on the bias, subjective and personal vendetta from Darla Thompson, supported by Superintendent

Siegfried and the Board of Education shows the lack of equity that CCSD is failing to provide.

87. I filed an in-house grievance against Darla Thompson and charged her with Cultural Differences, Defamation of Character and the Disparate Treatment and Impact of Policy #4173 (other). I asked for monetary damages and her removal from the school. I also filed one against Superintendent Siegfried and CCSD. I charged him with Cultural Differences and policy #4173 which is unfair, bias, personal and subjective.

88. Policy #4173 has been approved by Superintendent Siegfried knowing that it allows a principal to tarnish teachers reputations with no reason, no indication that there was ever a problem or concern and no opportunity to improve.

89. My passion and dedication to educating students in title 1 schools makes me a "good fit". My being a part of a protective category which ensures diversity makes me a "good fit". My impeccable work history and ability to connect with students of **all** backgrounds makes me a "good fit". This is the reason why I became a teacher.

90. I was deemed not to be a "good fit" because I spoke my truth and it wasn't conforming to Darla Thompson's beliefs regarding "White Privilege". This is not the reason why I became a teacher.

91. Darla Thompson acted maliciously and with slander causing injury, harm and discredited my impeccable work reputation which resulted in the loss of an entry level administration position. Her actions were condoned by CCSD HR.

92. While seeking employment for the 2019-2020 school year, I was interviewed for a first grade position at an Aurora Public School District Elementary School. The principal offered me the position of **Dean of Students**.

93. The **EEOC case was still pending**. I did not use Darla Thompson as a reference, so when the APSD principal contacted her, her only purpose was to confirm my length of employment and position held at Highline.

94. Darla Thompson went on to disclose the amount of absences of 26 days(she failed to say that 8 were bereavement, 5 were approved family leave by Darla Thompson herself and 5 were PDD's, thus leaving 8/180 days of sick time) and my lack of submitting one document (in 3 years). Her statements made me appear to be unreliable to a new principal unfamiliar with whom I am. Because of the severity and importance of the position the principal rescinded the offer of Dean of Students and didn't consider me for the original first grade position.

95. Darla Thompson was in **violation of employee confidentiality**. I filed a 2nd grievance with the district for retaliation, defamation of character and tortuous interference. I was told by **Ty Valentine**, HR that I could not file because I was no longer employed.

96. He quoted that her responses were accurate as per CRS 22 32 109.7. However, upon looking further into that policy, it is stated "the information is false or acts with reckless disregard concerning the veracity of such information".

97. Darla Thompson was condoned by Ty Valentine HR, on behalf of the CCSD, to continue her personal vendetta, retaliation and defame my character with distorted half truths that were not a part of my employee verification history. He knew she was wrong because he went on to say that any further inquiries would be handled through the HR Department. She knew, as a principal, that this would affect me getting the position, and it did.

98. I continued to apply for over 200 positions within APS and DPS and have been unable to secure a position as an educator.  Very few positions are posted **after** the school year

begins so that limits opportunities throughout the school year. The opportunities became

scarcer once COVID caused schools to go to remote learning.

99. The actions of Darla Thompson have discredited my reputation within the circle of

employers within the school districts and I remain unemployed.

100.     Darla Thompson not only decided that I was not a "good fit" for Highline; she

used her position to assure I would not be a "good fit" anywhere.

101.     My livelihood, right to be employed and earn a living as a highly needed, Black

educator has been affected because of the systematic racial actions of CCSD:

Superintendent Siegfried, Darla Thompson, HR and the Board of Education.

102.     My career as a positive role model within the population of Title 1 schools has

ended. My age now plays a role in the hiring process. I am not able to find employment at

the salary of a person with 20 years experience. This is in violation of my civil rights.

103.     The action of policy #4173, approved by the Board of Education and

Superintendent Siegfried, allows Darla Thompson to be judge, jury and executioner in

regards to an educator's career merely at her discretion.

104.     Prior to being employed with CCSD, I have never been subjected to such a racially

charged and demeaning presentation of "equity" nor have I ever had to work in or endure

such a hostile work environment created by a principal and condoned and supported by a

district.

105.     Darla Thompson and the CCSD are in violation of Tortious Interference. This is

evident in the interference and loss of the position with APS. Darla Thompson and the

CCSD are in violation of Tortious Interference. This is evident in the interference and

loss of the entry level administration position with APS.

106.     How would it look for Darla Thompson to have non-renewed me as the STEM

Instructor only to have another school in another district offer me a Dean of Students

position?

107.     The actions of CCSD have ended my right to continue to earn a living as an

educator. I have a double master's degree in Elementary and Special education but they

are obsolete if there is no school that will hire me because of continued retaliation and

defamation of character.

108.     It is because of these claims; I am seeking damages from CCSD.

**D.    STATEMENT OF CLAIM(S)**

CLAIM TWO:  _Retaliation_____

The conduct complained of in this claim involves the following: (*check all that apply*)

___failure to hire            ____ different terms and conditions of employment

___failure to promote          ____ failure to accommodate disability

_X_ termination of employment       _X_ retaliation

_X_ other: failure to provide positive support for cultural differences
           violation of policy#4173 terms and conditions

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_X_ race     ____ religion     ____ national origin     ____ age

___color     ____ sex          ____ disability

Supporting facts:  Title 7 Civil Rights Act of 1964 and 1981

109.    In the 3 years that I was at Highline Elementary I have never had any complaints

from the parent's or had students refuse to come to my class. In accordance with the 6

themes of CRE, I had some of the most outstanding relationships with the students,

especially the more difficult ones.


110.    I had 2 previous satisfactory evaluations and renewed for my 3rd year of probation.

This was the year that "White Privilege" was the focus. Previous years I had "courageous

conversations" with only 2 fellow teachers. I never confided in administration because

Darla Thompsons approach as a supervisor was an "all or nothing" approach and her

alienation towards me was obvious.

24

111.     There was a lack of equitable treatment and recognition from Darla Thompson surrounding the 6 themes such as relationships, vulnerability, cultural identity and asset-focused factors. This is evident by her few interactions and lack of ability to communicate with me as a qualified professional. She viewed my right to be an individual with my own cultural identity, vulnerability and asset-focused factors as being argumentative and angry which is a projection of typical stereotypes of Black women.

112.     The introduction of PEG's focus on "White Privilege" supported the theory that see's Black people as victims. I became seen as a victim as well. The work environment became hostile and segregated.

113.     The courageous conversations that we are encouraged to have fall under a protective category yet they can have negative consequences based on what you say and who you say it to. Darla Thompson took adverse action against me.

114.     This is evident by the entrapment that took place in December 2018 during my summative with Assistant Principal Kevin Watanabe. I was told that my work performance was satisfactory and asked if there was anything else to discuss. This was a courageous conversation in confidentiality and for the first time in almost 3 years at Highline I confided in Kevin. A decision I would later regret.

115.     The situation regarding Darla Thompson (paragraphs 64-67) was discussed and Kevin suggested I speak to her about it. I told him that this was my last year of probation

and for fear of retaliation, that wasn't an option. I did not find out that Kevin breached the confidentiality until April 2019.

116.     In February I shared with Kevin how offended I was regarding the Black History musical concert that was old Negro slavery spiritual songs. This triggered a courageous conversation with the music teacher and one of the other African American teachers. At the staff meeting the music teacher apologized for offending anyone and a white male teacher stood up and said that there was no need to apologize because **no one** was offended.

117.     Neither Darla nor Kevin acknowledged that the concert was offensive.

118.     I had no knowledge of any problems that would be detrimental to the renewal of my contract until April 5, 2019 (2018-2019 school year). I was informed by Darla Thompson that my contract would be non renewed (end of my 3rd year of probation) in accordance to policy 4173 "other" … complete freedom and latitude in securing the best possible teachers for Cherry Creek Schools.

119.     During that meeting, Darla Thompson did not identify any "specific" reasons as to why I was not considered to be one of the best possible teachers for Highline Elementary in spite of being there for 3 years. However she did state that it **was not** based on my work performance.

120.     Based on the above incidences including **breach of confidentiality**, I was wrongfully terminated as a result of retaliation because I spoke out against the "equity" work surrounding "White Privilege". Darla Thompson's actions were condoned by CCSD HR, Superintendent Siegfried and the Board of Education based solely on her recommendation and without merit.

121.    Ironically my final evaluation was unsatisfactory following my complaint that was

filed with EEOC and my in-house grievances against Darla Thompson and

Superintendent Siegfried.

122.    Policy #4173 is unfair, bias, personal and subjective .If it was not based on my

work performance than it is personal as I had been successfully renewed for 3 years and

had never been addressed by Darla Thompson of any issues with my performance at

Highline

123.    Student's needs are not taken into consideration with the hiring and firing of

teachers without merit based on this policy.

**D.     STATEMENT OF CLAIM(S) (cont)**

CLAIM THREE:   Defamation of Character

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire                                           ___ different terms and conditions of employment

___ failure to promote                                    ___ failure to accommodate disability

___ termination of employment                     ___ retaliation

  X   other: violation of employee confidentiality

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

  X   race          ___ religion              ___ national origin              ___ age

___ color          ___ sex                  ___ disability

Supporting facts:

124.     Darla Thompson acted **maliciously and with slander** causing injury, harm and

discredited my impeccable work reputation which resulted in the loss of an entry level

administration position. Her actions were condoned by **CCSD HR**.

125.     While seeking employment for the 2019-2020 school year, I was interviewed for a

first grade position at an Aurora Public School District Elementary School. The principal

offered me the position of  Dean of Students.

126.     **With the EEOC case was still pending,** Darla Thompson was not used as a

reference, so when the APSD principal contacted her, her **only purpose** was to confirm

my length of employment and position held at Highline.

28

127.     Darla Thompson went on to disclose the amount of absences and my lack of submitting one document. She knew her statements would make me **appear to be unreliable** to a new principal unfamiliar with whom I am. Because of the severity and importance of the position, based on Darla Thompson's **violation of employee confidentiality**, the principal rescinded the offer of Dean of Students and didn't consider me for the original first grade position.

128.     Darla Thompson was in violation of employee confidentiality. I filed a grievance with the district for retaliation, defamation of character and tortuous interference. I was told by **Ty Valentine**, HR that I could not file because I was no longer employed.

129.     He quoted that her responses were accurate as per CRS 22 32 109.7. However, upon looking further into that policy, it is stated "the information is false or acts with reckless disregard concerning the veracity of such information".

130.     Darla Thompson was condoned by Ty Valentine, HR, on behalf of the CCSD, to continue her personal vendetta and defame my character with distorted half truths that were not a part of my employee verification history.

131.     I continued to apply for over 200 positions within APS and DPS and have been unable to secure a position as an educator. The actions of Darla Thompson have discredited my reputation within the circle of employers within the school districts and I remain unemployed.

132.     Darla Thompson not only decided that I was not a "good fit" for Highline Elementary without merit; she used her position to assure I would not be a "good fit" anywhere.

### D.     STATEMENT OF CLAIM(S)

CLAIM FOUR:  Tortious Interference

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_failure to hire                    \_\_\_\_ different terms and conditions of employment

\_\_failure to promote            \_\_\_\_ failure to accommodate disability

\_\_termination of employment   \_\_\_\_ retaliation

X\_ other: caused the loss of employment for 2019-2020 school year

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

X\_ race      \_\_\_\_ religion        \_\_\_\_ national origin        \_\_\_\_ age

\_\_color      \_\_\_\_ sex            \_\_\_\_ disability

Supporting facts:

133.     My livelihood, ability to maintain my previous level of lifestyle, and my right to be

employed and earn a living as a highly needed, Black educator has been affected because

of the systematic racial actions of CCSD: **Superintendent Siegfried, Darla Thompson,**

**HR and the Board of Education.**

134.     My career as a positive role model within the population of Title 1 schools has

ended. My age now plays a role in the hiring process. I am not able to find employment at

the salary of a person with 20 years experience.

135.     The action of policy #4173, **approved by the Board of Education and**

**Superintendent Siegfried,** knowingly allows Darla Thompson to be judge, jury and

executioner in regards to an educator's career merely at her discretion.

136.     Prior to being employed with CCSD, I have never been subjected to such a racially charged and demeaning presentation of "equity".

137.     Darla Thompson and the CCSD are in violation of Tortious Interference. This is evident in the interference and loss of the entry level administration position with APS. How would it look for Darla Thompson to have non-renewed me as the STEM Instructor only to have another school in another district offer me a Dean of Students position?

138.     The actions of CCSD have ended my right to continue to earn a living as an educator. I have a double master's degree, that I am still financially responsible for, in Elementary and Special education but they are obsolete if no school will hire me.

D.    **STATEMENT OF CLAIM(S) (cont)**

CLAIM FIVE:   Hostile Work Environment

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                     __X__ different terms and conditions of employment

____ failure to promote            ____ failure to accommodate disability

____ termination of employment     ____ retaliation

____ other: _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

__X__ race          ____ religion          ____ national origin          ____ age

____ color          ____ sex                ____ disability

Supporting facts:

139.      CCSD, Superintendent Siegfried, HR and Darla Thompson did **willfully target** the Black

community: families, students and teachers throughout the district, with no regard to the

hostile environment that the racially charged topic of "White Privilege" created.

140.      During the mandatory meetings, I was subjected to articles, discussions and excerpts

from the book "White Fragility" (negative portrayal of Black people). There was no purpose to

this except to make one group of people to feel empowered by their status of "Whiteness" and

to say whatever they felt like saying.

141.      How is that equality? There was nothing positive about any of this. Some examples

were: Black people are products of their environment, That's why they act the way they do,

These two Black girls are really going to amount to something (sounds positive but was said

with a surprise), If they don't like where they live just move, Cops don't just pull them over if

32

they aren't doing anything wrong…

142.        Even though these conversations fell under a protective category, they became "bash"

sessions again with no regard to how it was affecting me. I was informed later in May 2019 that

staff reported how I was disengaged in the meetings. Although there were others disengaged,

it was not hard to single me out, one of 3 Black people in the room. Staff would look at me to

see my expression as if to gage the level of frustration towards the topic.

143.        Darla Thompson and Kevin Watanabe allowed conversations to continue. There was no

equity just segregation and hostility. Staff started referring to themselves as a  privileged White

woman/man.

144.         History has shown us the dangers of "White Privilege" and here it is again being allowed

in our schools, especially title 1 schools where the population is predominantly Black and

Hispanic but the staff is predominantly White.  The presence of Black teachers is highly needed

in these schools. There are better ways to encourage and promote equity for all races. Ways

that don't create hostile work environments.

145.        Excuses are made for Black students behaviors because they are victims. They are not

held accountable because they are products of their environment. The White music teacher

had no problem having the 2nd grade Black students learn old Negro spiritual slave songs for a

Black History month concert.

146.        All this "equity" work did was blind White people to the rich history and

accomplishments of the Black culture; instead it made us all victims.

147.        In my 3rd year, teachers felt **empowered** to report to administration what I was doing in

my classroom and I was questioned about it. I wasn't seen as an equally well educated

educator.

148.        And somehow, through all of this, for 3 years, **I was expected to not be offended**.

149.     When I had the **confidential courageous conversation** (protective category) with **Kevin Watanabe** it was not his place to speak with Darla Thompson on my behalf. I did not ask him to and I told him I would be non-renewed and **I was non-renewed.**

150.     I truly enjoy educating and empowering all students. I can honestly say that my ability to connect with students is my super power. I have dedicated my life to being the best educator I can be for the students and I am successful at what I do. Educating is not just what I do, it is who I am.

151.     I don't need to have "White Privilege" explained to me or the negative stereotypes of Black people discussed at every staff meeting to make me a better educator. I don't see how it could have made White educators better. I have lived this my entire life and to have it addressed in the manner that CCSD condoned and highly accepted and promoted by Darla Thompson, was racist and offensive.

152.     PEG and this type of equity work are detrimental to Black people and inspiring young students. It is detrimental to the work environment and takes away from the real purpose. Students should just be students not Black and Brown or students of color. Not once have I heard a student referred to as the White student.

153.     In my 20 years of teaching, I have never been in a district where segregating students by the color of their skin was acceptable. That is not equity and violates my right to be in a work environment free of hostility.

154.     CCSD, Superintendent Siegfried, Darla Thompson, Kevin Watanabe, Ty Valentine and the Board of Education needs to be held accountable for the total disregard and promotion of systemic racism where they willfully target the Black Race.

155.     Based on the above claims, I am seeking damages.

**E.      ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

   __X__ Yes  (***You must attach a copy of the administrative charge to this complaint***)

   ___ No

Have you received a notice of right to sue? (*check one*)

   __X__ Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

   ___ No

**F.      REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed
to identify the relief you are requesting, use extra paper to request relief. Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."*
   **(1)Economic Damages: Back Pay, Front Pay, Lost Benefits/Pension**
   **(2) Compensatory Damages  (3) Punitive Damages**
   **I demand a Jury Trial**

**G.      PLAINTIFF'S SIGNATURE**
I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Leslie Shannon*
(Plaintiff's signature)

11/22/2020
(Date)

(Form Revised December 2017)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2019-01707 |

| Colorado Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Leslie M. Shannon** | **(585) 410-4580** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **16363 E Fremont Ave , Unit 121, Aurora, CO 80016** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **CHERRY CREEK SCHOOL DISTRICT** | **500 or More** | (303) 773-1184 |

| Street Address | City, State and ZIP Code |
|---|---|
| **4700 S Yosemite ST, Greenwood Vlg, CO 80111** | |

RECEIVED
APR 1 0 2019
EEOC DENVER FIELD OFFICE

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: **08-01-2018**   Latest: **04-05-2019** |

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

**I was hired by the above employer in August 2016 as a STEM Teacher. My evaluations and performance have been positive throughout my employment. However, during the 2018-2019 school year I was forced to attend staff meetings on the topic of white privilege. I am one of only three black teachers at my school, and in approximately October 2018 I told the Assistant Principal that the discussions and content of the meetings make me feel very uncomfortable and singled out due to my race. However, I continued to attend the equity meetings under duress. On or about April 5, 2019, the Principal informed me that my contract would not be renewed for the next school year. She would not provide me with a reason for this decision, except for saying that it was not related to my performance. She also refused to provide me with a letter of recommendation.**

**I believe that I have been discriminated against because of my race (Black) and retaliated against for participating in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Apr 10, 2019**<br>Date            *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**Amendment to EEOC Complaint**


**Charge Number**   **541-2019-01707**
**Charging Party**   **Leslie Shannon**
**Respondent**      **Cherry Creek School District**


**The school district forced me to attend approximately 6 practices of a musical performance**

**which the white music teacher put on for Black History month addressing old black spiritual**

**songs relating to slavery which the second grade students, predominately Black and Hispanic,**

**were forced to perform.**

**I was offended and complained to the Assistant Principal, but the performance went on as**

**scheduled.**

**At a later staff meeting a white teacher said that the music teacher had nothing to apologize**

**for regarding her performance.**


**I want this charge filed with both the EEOC and the State or Local agency, if any. I will advise**
**the agencies if I change my address or phone number and I will cooperate fully with them in**
**the processing of my charge in accordance with their procedures.**

**I declare under penalty of perjury  that the above is true and correct.**
**May 14, 2020**

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Leslie M. Shannon<br>7927 S Kittredge St<br>Englewood, CO 80112 | From: Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |
|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2019-01707 | Philip Gross,<br>Supervisory Investigator | (303) 866-1318 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

[ ] Other (*briefly state*)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Philip A Gross* for                                                August 31, 2020

| Enclosure(s) | Amy Burkholder,<br>Field Office Director | *(Date Mailed)* |
|---|---|---|

cc:   CHERRY CREEK SCHOOL DISTRICT
Semple Farrington Everall & Case PC